IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00180-GPG

MICHAEL LAWRENCE,

    Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, and
DENVER-VENTANA, LLC, d/b/a THE VENTANA APARTMENTS,

    Defendants.

___

## ORDER DRAWING CASE
___

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED January 26, 2016, at Denver, Colorado.

                                                  BY THE COURT:

                                                  Gordon P. Gallagher
                                                  United States Magistrate Judge