IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 16-cv-00180-CBS

MICHAEL LAWRENCE,

        Plaintiff,

v.

GREYSTAR REAL ESTATE PARTNERS, LLC, and
DENVER-VENTANA, LLC, d/b/a THE VENTANA APARTMENTS,

        Defendants.

## ORDER

Magistrate Judge Shaffer

        Plaintiff Michael Lawrence has filed an unopposed motion to voluntarily dismiss this action with prejudice [Doc. 10]. No party has filed an answer or a motion for summary judgment; therefore, this voluntary dismissal is self-executing upon filing. *See* F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

        DATED at Denver, Colorado, this 1st day of February, 2016.

        BY THE COURT:

        s/Craig B. Shaffer
        United States Magistrate Judge